# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 1, 2013

### NO. 03-11-00091-CV

**Dorsey L. Smith, Appellant**

**v.**

**City of Blanco, Appellee**

**APPEAL FROM 424TH DISTRICT COURT OF BLANCO COUNTY
BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE PURYEAR**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's judgment **EXCEPT** for those portions regarding appellant's contempt claim: **IT IS THEREFORE** considered, adjudged and ordered that those portions of the trial court's judgment regarding appellant's contempt claim are reversed. It is **FURTHER** considered, adjudged and ordered that those portions of the judgment regarding appellant's contempt claim and the issue of sanctions are remanded for consideration in light of this opinion. The remainder of the judgment is affirmed. It is **FURTHER** ordered that each party shall pay the costs of appeal incurred by that party; and that this decision be certified below for observance.